CONGRESS BANK AND TRUST CO. OF NEW HAVEN
*vs.*
WALLACE A. WILLS ET AL.

Superior Court　　　New Haven County　　　File No. 44922

MEMORANDUM FILED APRIL 1, 1940.

*Samuel J. White,* of New Haven, for the Plaintiff.

*FitzGerald, Foote & FitzGerald,* of New Haven, for the Defendants.

WYNNE, J. A review of the file shows that the defendant's claim for a jury trial came almost five years after the suit was brought. This makes the conclusion rather compelling that a great constitutional right is not really at stake. Rather the situation comes with the reasoning and the philosophy of Judge McEvoy's recent memorandum. It is true that the in-

stant motion comes belatedly but counsel's explanation of this is at least appealing. The court feels that the defendant's right to a jury trial was waived by him. For this reason, and on the reasoning indicated, the motion to strike from the jury docket is granted.